EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------------------|
| | 2025 TSPR 50 |
| Edmundo Ayala Oquendo | 215 DPR ___ |

Número del Caso: TS-8,072

Fecha: 7 de mayo de 2025

Representante legal de la peticionaria:

  Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Edmundo Ayala Oquendo

TS-8,072

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de mayo de 2025.

Examinada la *Moción acreditando cumplimiento de término de suspensión y en súplica de reinstalación* presentada por el señor Edmundo Ayala Oquendo, ha lugar. En consecuencia, se reinstala al señor Ayala Oquendo al ejercicio de la abogacía.

Por último, se ordena la reactivación de la *Queja* AB-2024-0023 para su correspondiente trámite.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres hace constar que, en protección del interés público, reactivaría la queja pendiente para ser adjudicada, antes de pasar juicio sobre la solicitud de reinstalación.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo